**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
DON SPRINGMEYER, ESQ.
Nevada Bar No. 1021
DANIEL BRAVO, ESQ.
Nevada Bar No. 13078
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200 / Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
dbravo@wrslawyers.com

*(Additional Counsel on Signature Page)*

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMIE PETTY,<br><br>    Plaintiff,<br><br>vs.<br><br>STEPHEN WILL ASHCROFT and ROBERT CAPUTO,<br><br>    Defendants. | Case No.: 2:18-cv-01323-JAD-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITHOUT PREJUDICE**<br><br>ECF Nos. 19, 37, 40 |

**IT IS HEREBY STIPULATED** by and between the parties, Plaintiff, Jamie Petty, and Defendants, Stephen Will Ashcroft and Robert Caputo, by and through their undersigned counsel of record, that the above-captioned action shall be dismissed, without prejudice.

**IT IS HEREBY FURTHER STIPULATED** that the parties reserve their right to seek attorneys' fees and costs related to the above-captioned action in the event Plaintiff refiles the claims in a new or existing action at a later date.

/ / /

/ / /

/ / /

/ / /

1

RESPECTFULLY SUBMITTED,

DATED this 26th day of April, 2019

| | |
|---|---|
| **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP** | **HOLLAND & HART LLP** |
| By: */s/ Don Springmeyer, Esq.* | By: */s/ David J. Freeman, Esq.* |
| Don Springmeyer, Esq. | Bryce K. Kunimoto, Esq. (SBN 7781) |
| Nevada Bar No. 1021 | Robert J. Cassity, Esq. (SBN 9779) |
| Daniel Bravo, Esq. | David J. Freeman, Esq. (SBN 10045) |
| Nevada Bar No. 13078 | **HOLLAND & HART LLP** |
| WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP | 9555 Hillwood Drive, 2nd Floor |
| 3556 E. Russell Road, Second Floor | Las Vegas, Nevada 89134 |
| Las Vegas, Nevada 89120 | (702) 222-2542 / Fax: (702) 669-4650 |
| (702) 341-5200 / Fax: (702) 341-5300 | bkunimoto@hollandhart.com |
| dspringmeyer@wrslawyers.com | bcassity@hollandhart.com |
| dbravo@wrslawyers.com | dfreeman@hollandhart.com |

Warren T. Burns, Esq. (*Pro Hac Vice*)
LeElle Krompass, Esq. (*Pro Hac Vice*)
Mallory Biblo, Esq. (*Pro Hac Vice*)
BURNS CHAREST LLP
5900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
wburns@burnscharest.com
lkrompass@burnscharest.com
mbiblo@burnscharest.com

*Attorneys for Defendants*

Korey A. Nelson, Esq. (*Pro Hac Vice*)
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765
knelson@burnscharest.com

*Attorneys for Plaintiff*

## ORDER

Based on the parties' stipulation **[ECF No. 40]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions **[ECF Nos. 19, 37]** are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 30, 2019